# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2007

131910
(17)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

KEVIN ANDREW PARTAKA,
     Defendant-Appellant.

SC: 131910
COA: 271183
Sanilac CC: 00-005183-FH

_____/

On order of the Court, the motion for reconsideration of this Court's November 29, 2006 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2007                                           

l0220                                                     Clerk